

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAYKEEPER,<br><br>        Plaintiff,<br><br>    v.<br><br>SIMS GROUP USA, a corporation,<br><br>        Defendant. | Civil No. C 06 1806 CRB<br><br>STIPULATION AND ORDER FOR DISMISSAL OF CLAIMS |

    The parties to this action jointly stipulate and request that the Court enter an Order pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure as follows:

    WHEREAS Plaintiff Baykeeper filed an action on March 6, 2006 against Defendant Sims Group USA Corporation ("Sims") for alleged violations of the Federal Water Pollution Control Act and the National Pollutant Discharge System, General Permit No. CAS000001, Water Quality Order No. 91-13-DWQ (as amended by Water Quality Order 92-12-DWQ and 97-03-DWQ);

    WHEREAS Baykeeper and Sims have resolved their differences and executed a Consent Agreement in settlement of Baykeeper's claims in this litigation;

    WHEREAS Baykeeper has agreed to dismiss all claims in this litigation.

    NOW, THEREFORE, Baykeeper and Sims, acting by and through their respective

1

attorneys, hereby agree and stipulate AND THE COURT THEREFORE ORDERS that upon Court Approval of the Consent Agreement executed between Baykeeper and Sims, the Complaint be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(2) as follows:

1. That all claims on file between Baykeeper and Sims be and hereby are dismissed with prejudice;

2. That this Court shall retain and will have jurisdiction over Baykeeper and Sims with respect to implementation of the terms of their Consent Agreement and the resolution of any disputes that may arise under that Consent Agreement, as provided therein;

3. That Baykeeper and Sims each expressly consent to jurisdiction of this Court for the purpose of implementation of the terms of the Consent Agreement and the resolution of any disputes that may arise under the Consent Agreement, as provided therein;

4. Except as provided in the Consent Agreement, each party shall bear its own fees and costs.

Dated: March 7, 2006

Respectfully Submitted,

By: *Scott M. Sellwood /s/*
Scott M. Sellwood
Attorney for Defendant

Sims Group USA Corporation

By: *Christopher A. Sproul*
Christopher A. Sproul
Attorney for Plaintiff

BAYKEEPER

Dated: March 8, 2006

IT IS SO ORDERED
Judge Charles R. Breyer

June 2, 2006

2